# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS I. FLORES,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 2:14-cv-01629-GMN-VCF

**ORDER**

    Petitioner has filed an amended petition (ECF No. 6).  He has also filed a motion for appointment of counsel (ECF No. 2).  Petitioner is unable to afford counsel, and the issues presented warrant the appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B).

    **IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (ECF No. 2) is **GRANTED**.  The Federal Public Defender is provisionally appointed to represent petitioner.

    **IT IS FURTHER ORDERED** that the Federal Public Defender shall have **thirty (30) days** from the date that this order is entered to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings.  If the Federal Public Defender does undertake representation of petitioner, he shall then have **sixty (60) days** to file an amended petition for a writ of habeas corpus.  If the Federal Public Defender is unable to represent petitioner, then the court shall appoint alternate counsel.

    **IT IS FURTHER ORDERED** that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established.  Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims.

    **IT IS FURTHER ORDERED** that any exhibits filed by the parties shall be filed with a separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits

in the attachment. **The hard copy of any additional state court record exhibits shall be forwarded, for this case, to the staff attorneys in Las Vegas.**

**DATED** this 17th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court