# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS I. FLORES,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 2:14-cv-01629-GMN-VCF

**ORDER**

    Petitioner having submitted a motion for leave to file third amended petition (#16), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for leave to file third amended petition (#16) is **GRANTED**. Petitioner may file a third amended petition within sixty (60) days from the date of entry of this order.

    IT IS FURTHER ORDERED that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

    DATED:  October 5, 2015

                                                 Gloria M. Navarro, Chief Judge
                                                 United States District Court