# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS I. FLORES,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 2:14-cv-01629-GMN-VCF

**ORDER**

    Petitioner having submitted an unopposed motion for enlargement of time in which to file third amended petition (third request) (#26), and good cause appearing:

    IT IS THEREFORE ORDERED that petitioners' unopposed motion for enlargement of time in which to file third amended petition (third request) (#26) is **GRANTED**. Petitioner shall have through May 4, 2016, to file and serve a third amended petition for a writ of habeas corpus.

    DATED: April 7, 2016

                                                               Gloria M. Navarro, Chief Judge
                                                              United States District Court