# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS I. FLORES,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>    Respondents. | Case No. 2:14-cv-01629-GMN-VCF<br><br>**ORDER** |

Respondents having filed a motion for extension of time (second request) (ECF No. 32), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 32) is **GRANTED**.  Respondents will have through October 31, 2016, to file and serve a response to petitioner's third amended petition (ECF No. 28).

DATED: September 2, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Court