# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS I. FLORES,

     Petitioner,

vs.

STATE OF NEVADA,

     Respondents.

Case No. 2:14-cv-01629-GMN-VCF

**ORDER**

     Respondents having filed a motion for extension of time (third request) (ECF No. 34), and good cause appearing;

     IT IS THEREFORE ORDERED that respondents' motion for extension of time (third request) (ECF No. 34) is **GRANTED**.  Respondents will have through December 15, 2016, to file and serve a response to petitioner's third amended petition (ECF No. 28).

     DATED: November 7, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Court