# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS I. FLORES,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 2:14-cv-01629-GMN-VCF

**ORDER**

Respondents having filed a motion for extension of time (fourth request)[1] (ECF No. 36), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (fourth request) (ECF No. 36) is **GRANTED**. Respondents will have through February 13, 2017, to file and serve a response to petitioner's third amended petition (ECF No. 28).

DATED: December 16, 2016

                                                        Gloria M. Navarro, Chief Judge
                                                        United States District Court

---

[1] Respondents erroneously designated the motion as a third request.