# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS I. FLORES,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 2:14-cv-01629-GMN-VCF

**ORDER**

    Respondents having filed a motion for extension of time (fifth request) (ECF No. 38), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for extension of time (fifth request) (ECF No. 38) is **GRANTED**. Respondents will have through March 30, 2017, to file and serve a response to petitioner's third amended petition (ECF No. 28).

    DATED: February 15, 2017

                                                                         _____
                                                                         Gloria M. Navarro, Chief Judge
                                                                         United States District Court