# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS I. FLORES,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 2:14-cv-01629-GMN-VCF

**ORDER**

    Respondents having filed a motion for extension of time (sixth request) (ECF No. 40), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for extension of time (sixth request) (ECF No. 40) is **GRANTED**.  Respondents will have through April 29, 2017, to file and serve a response to petitioner's third amended petition (ECF No. 28).

    DATED: April 5, 2017

_____
Gloria M. Navarro, Chief Judge
United States District Court