# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS I. FLORES,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 2:14-cv-01629-GMN-VCF

**ORDER**

    Respondents having filed an unopposed motion for extension of time (seventh request) (ECF No. 43), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time (seventh request) (ECF No. 43) is **GRANTED**. Respondents will have through May 31, 2017, to file and serve a response to petitioner's third amended petition (ECF No. 28).

    DATED: May 3, 2017

                                                Gloria M. Navarro, Chief Judge
                                                United States District Court