1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                                  **DISTRICT OF NEVADA**

10

11    JESUS I. FLORES,                          Case No. 2:14-cv-01629-GMN-VCF

12                   Petitioner,                **ORDER**

13          v.

14    RENEE BAKER, et al.,

15                   Respondents.

16

17          Petitioner having filed an unopposed motion to extend time (second request) (ECF No.

18    57), and good cause appearing;

19          IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time

20    (second request) (ECF No. 57) is **GRANTED**. Petitioner will have through September 12, 2018,

21    to file a reply to the answer (ECF No. 53).

22          DATED: August 21, 2018

23                                                    _____

24                                                    GLORIA M. NAVARRO
                                                      Chief United States District Judge

25

26

27

28

                                                    1