# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS I. FLORES, | Case No. 2:14-cv-01629-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion to extend time (third request) (ECF No. 59), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time (third request) (ECF No. 59) is **GRANTED**. Petitioner will have through October 29, 2018, to file a reply to the answer (ECF No. 53).

DATED: September 18, 2018

_____
GLORIA M. NAVARRO
Chief United States District Judge