1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS I. FLORES, | Case No. 2:14-cv-01629-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN E. WILLIAMS, SR., et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 79), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (first request) (ECF No. 79) is **GRANTED**.  Respondents will have up to and including August 13, 2021, to file an answer or other response to the fourth amended petition (ECF No. 71).

DATED:  June 15, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1