UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS I. FLORES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>　　　　Respondents. | Case No. 2:14-cv-01629-GMN-VCF<br><br>**ORDER** |

　　　Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 81), and good cause appearing;

　　　IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (second request) (ECF No. 81) is **GRANTED**.  Respondents will have up to and including October 12, 2021, to file an answer or other response to the fourth amended petition (ECF No. 71).

　　　DATED: August 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge