1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**
10

11   JESUS I. FLORES,                    Case No. 2:14-cv-01629-GMN-VCF
12              Petitioner,              **ORDER**
13        v.
14   BRIAN E. WILLIAMS, SR., et al.,
15              Respondents.
16

17        Two motions currently are before the court.  First, respondents filed a motion for leave to

18   file document under seal.  ECF No. 87.  The document in question is petitioner's pre-sentence

19   investigation report, which is confidential under state law.  The court finds that compelling

20   reasons exist to file this document under seal.  See Kamakana v. City and County of Honolulu,

21   447 F.3d 1172 (9th Cir. 2006).

22        Second, respondents filed an unopposed motion for extension of time (third request).  ECF

23   No. 89.  The court will grant this motion.

24        IT THEREFORE IS ORDERED that respondents' motion for leave to file document under

25   seal (ECF No. 87) is **GRANTED**.

26   ///

27   ///

28   ///

1

1    IT FURTHER IS ORDERED that respondents' unopposed motion for extension of time

2   (third request) (ECF No. 89) is **GRANTED**.  Respondents will have up to and including

3   November 12, 2021, to file an answer or other response to the fourth amended petition (ECF No.

4   71).

5    DATED:  October 14, 2021

6    _____

7    GLORIA M. NAVARRO
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28