# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS I. FLORES,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>    Respondents. | Case No. 2:14-cv-01629-GMN-VCF<br><br>**ORDER** |

Petitioner having filed an unopposed motion to extend time (first request) (ECF No. 94), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time (first request) (ECF No. 94) is **GRANTED**. Petitioner will have up to and including March 17, 2022, to file a response to the motion to dismiss (ECF No. 93).

DATED: January 4, 2022

_____
GLORIA M. NAVARRO
United States District Judge

1