**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS I. FLORES,<br><br>            Petitioner,<br><br>      v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>            Respondents. | Case No. 2:14-cv-01629-GMN-VCF<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 99), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (second request) (ECF No. 99) is **GRANTED**.  Respondents will have up to and including May 26, 2022, to file a reply to the opposition to the motion to dismiss.

DATED: April 26, 2022

_____
GLORIA M. NAVARRO
United States District Judge

1