UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS I. FLORES,<br><br>           Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br><br>           Respondents. | Case No. 2:14-cv-01629-GMN-VCF<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request), to file an answer to the fourth amended petition. ECF No. 104. The court finds that good cause exists to grant the motion.

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 104) is **GRANTED**. Respondents will have up to and including February 10, 2023, to file an answer to the fourth amended petition.

DATED THIS 19 day of December 2022.

_____
Gloria M. Navarro, Judge
United States District Court