**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS I. FLORES, | Case No. 2:14-cv-01629-GMN-VCF |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN E. WILLIAMS, SR., et al., | |
| Respondents. | |

Upon review of the exhibits filed in this matter, it appears the parties failed to comply with the redaction requirements of LR IC 6-1. Compelling reasons exist to seal the documents as they contain personal-data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(1) ("If an individual's Social Security number must be included, only the last four digits of that number should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed.").

**IT IS THEREFORE ORDERED:**

1. Petitioner must file redacted publicly available copies of the documents filed as ECF Nos. 10-2; 10-3; 10-5; 10-9; 10-13; 11-1; 12, 13, 13-1, and 64-2, in compliance with LR IC 6-1(a)(1), (3), and (5), by June 26, 2023;

2. Respondents must file redacted publicly available copies of the document filed as ECF Nos. 83-2, in compliance with LR IC 6-1(a)(1), by June 26, 2023; and

3. The clerk of the court shall seal ECF Nos. 10-2; 10-3; 10-5; 10-9; 10-13; 11-1; 12, 13, 13-1, 64-2, and 83-2.

DATED:  June 8, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE